IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2022 FEB 22 P 3: 19
CLERK
SO. DIST. OF GA.

UNITED STATES OF AMERICA    *
                            *
v.                          *    CR 120-009
                            *
DANNY MARK WILLIAMS         *

O R D E R

Defendant Danny Mark Williams plead guilty to possession with intent to distribute methamphetamine and was sentenced to serve 152 imprisonment on September 30, 2021. Defendant has now filed a motion to reduce his sentence based upon the "Smarter Sentencing Act." As pointed out by the Government, however, the "Smarter Sentencing Act" is merely proposed legislation (see S. 1013, 117th Cong. §§ 1-5 (2021)), and therefore it has no impact on Defendant's sentence. His motion to reduce sentence (doc. no. 81) is therefore **DENIED**. The Clerk shall **TERMINATE** the Government's motion to dismiss (doc. no. 82).

**ORDER ENTERED** at Augusta, Georgia, this 22nd day of February, 2022.

_____
UNITED STATES DISTRICT JUDGE